15-287

Jim Gandrup
1961 Main Street # 154
Watsonville, CA 95076
Petitioner, *Pro Se*

MISC. CASE # _____
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
## DELAWARE DISTRICT COURT

| | |
|---|---|
| JIM GANDRUP, | ) CASE NO. |
| Petitioners, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) PETITION TO QUASH IRS |
| INTERNAL REVENUE SERVICE, and | ) THIRD PARTY SUMMONS |
| JULIETA JOHNSON, REVENUE AGENT, | ) |
| Respondents. | ) |

COMES NOW, Jim Gandrup, Petitioner *pro se*, (herein "Gandrup") and petitions this Honorable Court to quash an Internal Revenue Service Third Party Administrative Summons.

### JURISDICTION

1. This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5 U.S.C. § 552(a).[1]

2. Venue is proper, because the custodian of records and records sought (the subject of this controversy) by the summonses to Bank of America, N.A. is within the

---

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

1

United States District Court – Delaware District Court.

## PARTIES

3. The Petitioner in this action is Jim Gandrup, whose address is 1961 Main Street # 154 Watsonville, CA 95076

4. The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and Julieta Johnson, IRS Revenue Agent (herein "Johnson").

5. Johnson is the IRS official that issued the alleged summons which is the subject of this controversy. Johnson's mailing address is 55 S. Market Street, Mail Stop 4150 JJ San Jose, CA 95113.

6. The Third Party from whom IRS seeks records is Bank of America N.A., P.O. Box 15047 Wilmington, DE 19850.

7. The third party summons was issued to Bank of America on October 6, 2015. (See Exhibit "A", the IRS summons issued to Bank of America, a true and correct copy attached hereto). On or about November 6, 2015, at 9:00 a.m., Bank of America N.A. is scheduled to comply with the IRS summons, surrendering Gandrups' records to the IRS.

## CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Gandrup allege as follows:

2

## I. First Cause of Action Against Respondents

8. The IRS is in violation of the statutory summons process as they failed to provide Gandrup advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Gandrup with a record of persons contacted by the IRS about Gandrup as required by Section 7602(c)(1)&(2).

## II. Second Cause of Action Against Respondents

9. Gandrup alleges upon information and belief that the Summons was issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section 7602(d)(2)(A).

## III. Third Cause of Action Against Respondents

10. Because of the violations and abuses of the summonses process as alleged within paragraphs 8 through 10, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell* [2] standard.

## IV. Fourth Cause of Action Against Respondents

11. Respondents, contrary to law have caused, or will cause, Gandrup's records to be turned over to the Respondents in violation of the banking and constitutional Privacy Laws of the United States of America and the constitutional privacy laws of the State of Delaware.

## V. Fifth Cause of Action Against Respondents

12. The summons issued to Bank of America N.A., on its face, is deficient in

---

[2] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

that there is no evidence that the summons was issued in aid of the collection of a tax assessment.

## PRAYER FOR RELIEF

Wherefore, Gandrup respectfully requests that this Court:

1. QUASH the third party administrative summons of October 6, 2015, issued to Bank of America for the records pertaining to Jim Gandrup.

2. ORDER that the IRS turn over to Gandrup a copy of any and all summonses and request for documents that were issued to third parties that were issued by IRS to any Third Parties to obtain records.

3. ORDER that the IRS turn over to Gandrup any and all records that were or will be obtained, in its investigation of Gandrup by any means that were not in full compliance with the summonsing provisions of the Internal Revenue Code Section 7602, et seq. and Section 7609, et seq.

4. ORDER Respondents to pay Gandrup $1,000.00 for each violation of the State and Federal Privacy Laws.

5. Grant any and all other relief that the Court deems just and prudent, the foregoing considered.

Dated: Oct 21, 2015

Jim Gandrup, *Pro Se* Petitioner
1961 Main Street # 154
Watsonville, CA 95076

4

# Summons

In the matter of: Jim S Gandrup AKA James Gandrup, Jim Gandrup, Jimmie Stephen Gandrup, Jim Pavers
Internal Revenue Service (Division): Small Business Self-Employed
Industry/Area (name or number): San Jose, California - Western
Periods: Calendar year ending December 31, 2011, December 31, 2012, December 31, 2013 & December 31, 2014,

### The Commissioner of Internal Revenue

To: Bank of America, N.A. , Legal Order Processing
At: P.O. Box 15047, Wilmington, DE 19850-5047

You are hereby summoned and required to appear before Julieta Johnson- Revenue Agent or her designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

For the period February 1, 2011 through January 31, 2015, please provide all of the following documents in regard to Silver Bullet Paving, INC accounts in which Marjorie Peckham had signatory authority and/or the right of withdrawal, including but not limited to Account # 4962294633.
1) Account statements
2) Deposited items
3) Deposit slips
4) Signature cards
5) Detail on all wire transfer and wire instrument instruction
6) Cancelled Checks
NOTE: Appearance is not necessary. Requested items can be provided on CD which is preferred. Please call with an estimate of the cost, if over $1,000, before processing.
Information can be mailed to:
Internal Revenue Service
55 S. Market Street
San Jose, CA 95113
Attn: Julieta Johnson M/S 4150 JJ

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
55 S. Market Street, Attn: Julieta Johnson M/S 4150 JJ, San Jose, CA 95113  Ph# 408-283-1747 Fax# 855-273-1207

**Place and time for appearance at** 55 S. Market Street, Attn: Julieta Johnson M/S 4150 JJ, San Jose, CA 95113

**IRS** on the 6th day of November 2015 at 9:00 o'clock a m.
Issued under authority of the Internal Revenue Code this 6th day of October 2015.

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev 10-2010)
Catalog Number 21405J

Signature of issuing officer — Revenue Agent / Title
Signature of approving officer (if applicable) — Group Manager / Title

Part C — to be given to noticee


EXHIBIT "A"

MC 15-287

## CERTIFICATE OF SERVICE

I, Jim Gandrup, certify that pursuant to IRC §7609(b)(2)(B) true copies of the attached **"PETITION TO QUASH IRS THIRD PARTY SUMMONS"** has been served, on this \_\_\_\_th day of October, 2015, via Certified Mail to each of the following parties:

Cert. Mail # 7014 2870 0002 2001 7687
Internal Revenue Service
Attn: Julieta Johnson
55 S. Market Street
Mail Stop 4150 JJ
San Jose, CA 95113.

Cert. Mail # 7014 2870 0002 2001 7625
Bank of America, N.A.
P.O. Box 15047
Wilmington, DE 19850

Cert. Mail # 7014 2870 0002 2001 7632
United States Attorney's Office
c/o Loretta E. Lynch, US Attorney General
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Cert. Mail # 7014 2870 0002 2001 7694
US Attorney's Office
Attn: Charles M. Oberly, III
1007 N. Orange, Suite 700
Wilmington, DE 19801

_____
Jim Gandrup, *Pro se*

cc:   United States District Court
      J. Caleb Boggs Federal Building
      844 North King Street
      Wilmington, DE 19801

5

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2015 OCT 27  PM 12: 39

